## ADDITIONAL CREDITORS

DEBTOR :NORMAN SCOTT

Chapter 13 :15-24705-EPK

**WATER DEPARTMEMT**
VILLAGE OF WELLINGTON
12300 Forest Hill Boulevard
Florida 33414

**UHS ATLANTIC REGION CENTRAL OFFICE**
**ATTN CUSTOMER SERVICE CORRESPONDENCE**
SUITE 102
8831 Park Central Drive
Richmond VA 23227