UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: NORMAN ACOTT      JOINT DEBTOR: _____     CASE NO.: 15-24705-EPK
Last Four Digits of SS# 4794      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

 A. $ 500.00 for months 09/15 to 09/21 ;
 B. $ 500.00 for months 09/15 to 09/21 ;
 C. $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____
      Balance Due $_____ payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. American credit acceptahce Arrearage on Petition Date $_____
Address: Po Box 204531   Arrears Payment $_____/month (Months _____ to _____)
            Regular Payment $_____/month (Months _____ to _____)
Account No: _____

2. _____ Arrearage on Petition Date $_____
Address: _____ Arrears Payment $_____/month (Months _____ to _____)
       Regular Payment $_____/month (Months _____ to _____)
Account No: _____

3. _____ Arrearage on Petition Date $_____
Address: _____ Arrears Payment $_____/month (Months _____ to _____)
       Regular Payment $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| American Credit | $43,000.00 | 5% | $500 | 09/15 To 09/21 | 72 |
| Lexus Financial | $44,000.00 | 5% | $500 | 09/15 To 09/21 | 72 |
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due $_____
     Payable $_____/month (Months ____ to ____) Regular Payment $_____
2. _____ Total Due $_____
     Payable $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months _____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    _____
Debtor                Joint Debtor
Date: 08/25/2015           Date: _____

LF-31 (rev. 01/08/10)