**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ \_\_1st\_\_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: NORMAN ACOTT        JOINT DEBTOR:_____ CASE NO.: 15-24705-EPK
Last Four Digits of SS# 4794        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
- A.    $ 500.00   for months  09/15  to  09/21  ;
- B.    $ 500.00   for months  09/15  to  09/21  ;
- C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____TOTAL PAID $_____
            Balance Due   $_____payable $_____/month (Months \_\_\_\_\_ to \_\_\_\_\_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. American credit acceptahce        Arrearage on Petition Date  $_____
   Address: Po Box 204531            Arrears Payment    $_____/month (Months \_\_\_\_\_ to \_\_\_\_\_)
                                     Regular Payment    $_____/month (Months \_\_\_\_\_ to \_\_\_\_\_)
   Account No: _____

2. _____    Arrearage on Petition Date  $_____
   Address:_____    Arrears Payment    $_____/month (Months \_\_\_\_\_ to \_\_\_\_\_)
                                     Regular Payment    $_____/month (Months \_\_\_\_\_ to \_\_\_\_\_)
   Account No: _____

3. _____    Arrearage on Petition Date  $_____
   Address:_____    Arrears Payment    $_____/month (Months \_\_\_\_\_ to \_\_\_\_\_)
                                     Regular Payment    $_____/month (Months \_\_\_\_\_ to \_\_\_\_\_)
   Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| American Credit | $43,000.00 | 5% | $500 | 09/15 To 09/21 | 60 |
| Lexus Financial | $44,000.00 | 5% | $500 | 09/15 To 09/21 | 60 |
|  | $ | % | $ | \_\_\_\_\_ To \_\_\_\_\_ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
                               Payable   $_____/month (Months\_\_\_\_ to \_\_\_\_) Regular Payment $_____
2. _____    Total Due  $_____
                               Payable   $_____/month (Months\_\_\_\_ to \_\_\_\_) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months_____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____        _____
Debtor                                   Joint Debtor
Date: 08/25/2015                         Date:_____

LF-31 (rev. 01/08/10)