UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
NORMAN A. SCOTT,

Case no. 15-24705-BKC-EPK
Chapter 13 Case

Debtor(s). /

**AMERICAN CREDIT ACCEPTANCE'S OBJECTION TO CONFIRMATION**

American Credit Acceptance ("Creditor") objects to the confirmation of debtor's Plan as follows:

1. On August 14, 2015, debtor filed for relief under Chapter 13 the Bankruptcy Code.

2. On July 18, 2015, **27 days prior to filing bankruptcy**, debtor executed a contract pertaining to the purchase of a **2015 NISSAN MURANO, VIN 5N1AZ2MG9FN243083.** Copies of the retail installment sales contract and certificate of title are attached as Exhibits A and B, respectively.

3. The payoff owed, as of August 14, 2015, is **$48,051.10 (POC #2)**. Debtor failed to make the first monthly installment payment and each payment thereafter pursuant to the contract with creditor.

4. Creditor objects to the proposed interest rate. Creditor seeks the full contract interest rate of 16.7%, negotiated 27 days prior to the bankruptcy filing.

5. Debtor purchased the vehicle when he knew or should have known that he would be filing bankruptcy. The debtor's proposed plan attempts to pay the creditor less than the contract rate of interest. Debtor's attempt to strip down the interest rate is in bad faith and does not meet the requirements of §1325(a)(3). *In re Blackmon*, 10-41452-JKO, *In re Reyes,* 11-

10797-JKO, affirmed on May 2, 2012 in case nos. 11-62734-CIV-KMW & 11-62751-CIV-KMW.

6. At this time, Creditor objects to the proposed distribution to unsecured creditors and reserves the right to undertake discovery and an investigation to determine that all disposable income is being paid into the proposed plan.

7. Creditor requires updated proof of collision and comprehensive insurance coverage for the vehicle.

**WHEREFORE**, Creditor respectfully requests that the confirmation of debtors' Plan be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on September 3, 2015, copies of the foregoing were transmitted via ECF to Robin R. Weiner, Trustee, & mailed to Norman A. Scott, pro-se debtor, 10563 Galleria Street, Wellington, FL 33414.

GERARD M. KOURI, JR., P.A.
Attorneys for Creditor
5311 King Arthur Ave, Davie, FL 33331
Tel (954) 862-1731; Fax (954) 862-1732
/s/ Gerard Kouri, Jr., Esq.
By: ______________________________
GERARD M. KOURI, JR., ESQ.
FBN 375969

**RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE**
**(WITH ARBITRATION PROVISION)**

Dealer Number N/A Contract Number N/A

| Buyer Name and Address | Co-Buyer Name and Address | Seller-Creditor (Name and Address) |
|---|---|---|
| NORMAN ALBERT SCOTT<br>18341 GALLICIA ST<br>WELLINGTON FL 33414 | N/A<br>FL | WEST PALM NISSAN LLC<br>9485 SOUTHERN BLVD<br>ROYAL PALM BEACH FL 33411 |
| Buyer's Birth Month | Co-Buyer's Birth Month N/A | |

[illegible] ... finance charge on a daily basis at the Base Rate of 16.78 % per year. The Truth-In-Lending Disclosures below are part of this contract. [illegible]

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2015 | NISSAN ROGUE | | [illegible] | Personal, family or household unless otherwise indicated below; ☐ business; ☐ agricultural; ☐ N/A |

[illegible]

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 16.78 % | $ 28160.18 | $ 47461.58 | $ 75602.18 | $ 75602.18 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 1050.03 | Monthly beginning 09/17/2015 |
| N/A | N/A | N/A |

Or As Follows: N/A

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of each installment.

Prepayment. [illegible]

Security Interest. [illegible]

Additional Information: [illegible]

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Price including $ 1593.83 sales tax — $42944.78 (1)
2. Total Downpayment = [illegible]
   - $ 15000.00
   - $ 18851.88
   - $ -1851.58
   - + Cash $ 1705.83
   - + Other N/A $ N/A
   - $ [illegible] (2)
3. Unpaid Balance of Cash Price (1 minus 2) — $41239.78 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   - A Cost of Optional Credit Insurance Paid to Insurance Company or Companies: Life $ N/A; Disability $ N/A — $ N/A
   - B [illegible] — $ N/A
   - C [illegible] — $ N/A
   - D [illegible] — $ 798.00
   - E [illegible] — $ N/A
   - F [illegible] — $ 164.25
   - G [illegible] — $ 129.60
   - H Government License and/or Registration Fees: LIC FEE/TITLE — $ 187.30
   - I [illegible] — $ N/A
   - J Other Charges [illegible]
     - [illegible] — $ 83.55
     - to STATE OF FL for TIRE/BATTERY/FEE — $ 4.50
     - to UNITED AUTO CARE for [illegible] — $ 2148.00
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
   - Total Other Charges and Amounts Paid to Others on Your Behalf — $ 3677.20 (4)
5. [illegible] — $ N/A (5)
6. Amount Financed (3 + 4) — $47461.58 (6)

OPTION: ☐ You pay no finance charge if the Amount Financed, item 6, is paid in full on or before N/A , Year N/A . SELLER'S INITIALS N/A

[illegible]

Term 72 Mos. CAC [illegible]

[illegible]

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

[illegible]

NOTICE TO THE BUYER: a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X [illegible] Co-Buyer Signs X [illegible]

Seller: WEST PALM NISSAN LLC

[illegible]

ORIGINAL LIENHOLDER

Exhibit A

OTHER IMPORTANT AGREEMENTS

1. FINANCE CHARGE AND PAYMENTS

[illegible]

2. YOUR OTHER PROMISES TO US

[illegible]

3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

[illegible]

4. WARRANTIES SELLER DISCLAIMS

[illegible]

5. Used Car Buyers Guide.

[illegible]

6. OPTIONAL SERVICE CONTRACTS

[illegible]

7. REJECTION OR REVOCATION

[illegible]

8. SERVICING AND COLLECTION CONTACTS

[illegible]

9. APPLICABLE LAW

[illegible]

Seller's Right to Cancel

[illegible]

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

[illegible]

ARBITRATION PROVISION

PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

[illegible]

# Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| **Vehicle Identification Number:** | 5N1AZ2MG9FN243083 | **Year/Make:** | 2015 NISSAN NORTH AMERICA, INC. |
| **Previous Title State:** | | **Registration Expiration Date:** | 11/7/2015 |
| **Title:** | 119698281 | **Title Issue Date:** | 7/31/2015 |
| **Title Status:** | ACTIVE | **Title Print Date:** | 8/24/2015 |
| **Odometer Reading/Status:** | 17 ACTUAL MILEAGE | **Odometer Date:** | 7/18/2015 |
| **Color:** | BLUE | **Vehicle Type:** | AUTO |
| **Net Weight:** | 3,750 | **Owner Information:** | 1 owner |
| Electronic Title with Electronic Lien | | **Salvage:** | |
| **Brands:** | | | |

| Lien Information | | | |
|---|---|---|---|
| **Name** | **Address** | **Date** | **Receipt Date** |
| AMERICAN CREDIT ACCEPTANCE, LLC | PO BOX 1899<br>SPARTANBURG, SC 29304-0000 | 7/18/2015 | 7/31/2015 |

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.

Exhibit B