UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION


NORMAN SCOTT
Debtor,
Plaintiff

Case No. 15-24705-EPK
Chapter-13

Vs
CORY S CARANO
VANESSA PLATAS
ERIC CHRISTENSEN
MINDI LOCKHART
C/O VILLAGE OF WELLINGTON WATER
DEPARTMENT.

Defendants

## RESPONSE TO DEFENDANTS
## IN
## MOTION FOR VIOLATION OF AUTOMATIC STAY AND MISCONDUCT
## INTERFERENCE WITH CONTRACT

Norman Scott objects to Defendants allegations that:

A. Norman Scott tampered with the water.

B. Wellington was unaware that Mr. Scott filed a petition for bankruptcy.

C. Wellington is authorized to shut of debtor's water pursuant to 11 U.S.C §366(b).

1. On **April 7th 2015** Norman Scott notified his tenants then that their leased has expired in a **NOTICE TO PAY RENT OR VACATE** as their lease had expired on **March 31st 2015**. The tenants wanted a monthly lease which Norman Scott objected to.

1

2. The tenants notified that they would leave before the Month was up; Plaintiff explained that they were hold- over tenants and would be responsible for the Month's rent.
3. <u>Tenants closed their water account on **April 20th 2015**, and handed over the keys to the property on **April 30th 2015**.</u>
4. <u>The water was never disconnected for nonpayment.</u>
5. <u>The water service was **never** in Mr. Scott's name prior to April 20th, 2015. Therefore, there could be no termination notice sent to Mr. Scott for non-payment.</u>
6. <u>Wellington did send a **TERMINATION NOTICE on or** about **July 7th 2015** (**see attached notice**) stating "Please note your Utility payment is past due. In order to avoid service interruption, all past due balances on your account must be received before 7/13/15."</u>
7. Norman Scott inquired from wellington water, as to why "He was being billed for the tenant's water."
8. Wellington Water subsequently sent an account statement with a service period of **06/17/15 to 07/15/15,** which the current charges due by **08/11/15.**
9. The statement also contained a warning payment past due, which stated "<u>Your account is past due. Please pay immediately to avoid interruption of service.</u>" **(See attached notice)**
10. Norman Scott called and disputed this bill with the manager of Wellington Water, Mindi Lockhart.
11. On **08/13/2015**, Norman Scott went to the office to dispute the bill, the argument Mr. Scott presented was "Why was he being billed for water from the year 2007 and why was he just being made aware of it."
12. Mindi Lockhart stated the "system was broken" and now it is under new

management.

13. Mr. Scott addressed the fact that he had not received any notification over the past years that he owed outstanding water bills.
14. The disputed bill showed charges from other rental units that Mr. Scott owned, being applied to the disputed bill at 2242 Shoma Drive, this was rectified.
15. Mr. Scott paid the charges of $871.79, which was the balance on the account; however the check was not honored.
16. Mr. Scott also received a summary of the account on August 13, 2015 at 5:50pm EDT, showing the account as still being active.(**see attachment**)
17. Mr. Scott made it clear that there are tenants living at the property, and that they would be putting service into their names.
18. On the **24th of August 2015, at approximately 9:00am** Mr. Scott went to the Wellington Water department to notify them that he had filed bankruptcy, and they should not disrupt his water services, due to the fact that the check was not honored.
19. Mr. Scott gave a copy of the **Notice of Bankruptcy Case Filing** to Ms. Lockhart, and requested that she sign for it.
20. Ms. Lockhart refused to sign the document however she stated that she would have her clerk stamp it.
21. The clerk stamped the document and Mr. Scott requested for it to be time stamped. Ms. Lockhart refused for it to be signed or time stamped.
22. The clerk however, stamped in red **"received August 24, 2015 by customer service."**
23. Mr. Scott then attached to the stamped document the time-dated numbered (**W901**) ticket that all customers receive while waiting for services, as proof that he was in the office at **9:01am on August 24, 2015.**

3

24. Mindi Lockhart also stated that since the document was not sent to her by the Bankruptcy Court she would not honor it.

Wellington water had no legal basis to disconnect Norman Scott's water under 11 U.S.C §366(b). Which states:
Such utility may alter, refuse, or discontinue service if neither the trustee nor the debtor, within 20 days after the date of the order for relief, furnishes adequate assurance of payment, in the form of a deposit or other security, for service after such date. On request of a party in interest and after notice and a hearing, the court may order reasonable modification of the amount of the deposit or other security necessary to provide adequate assurance of payment.

Wellington water did not ask for relief from the automatic stay, and therefore is not entitled for any relief under this statue.

Pursuant to section 362(a) of the Bankruptcy Code all collection remedies and any attempt to collect a debt from the Debtor must stop. Any action taken against the Debtor or its property without first obtaining relief from the automatic stay from the Bankruptcy Court may be subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines and/or sanctions, as may be appropriate.

25. On August 24th at about 1:00pm in the afternoon Norman Scott's realtor notified him that the tenant, complained that their water service was interrupted.
26. Norman Scott filed an Emergency Motion with the Bankruptcy Court to have the services restored.
27. The Court granted the request and it was presented to the Manager Mindi Lockhart at Wellington water services.
28. Mindi Lockhart refused to accept the Order On Emergency Motion to restore services immediately.(and to restore the services immediately as

per the Court Order.)

29. Norman Scott was in the process of recording Ms Lockhart refusing to accept the Order, when she told the clerk who earlier had stamped the **Notice of Bankruptcy Case Filing** document to take and stamp the Order.

30. The document was stamped as per the previous document, where plaintiff attached a similar time-dated numbered ticket **(W904)** that all customers receive while waiting for services, as proof that he was in the office at **<u>3:58pm on August 24, 2015.</u>**

31. Ms Lockhart said she would not honor the document, as it was not sent by the court to her.

32. Upon my determination to have the water services restored, Ms Lockhart said she would send it to her legal department.

33. Ms Lockhart refusal to acknowledge the Court's authority has curtailed Plaintiff's finances and ability to rectify the Home Owners Association foreclosure action, which jeopardizes his investment property valued at approximately $208,000.00.

34. Mindi Lockhart upon receipt of **Notice of Bankruptcy Case Filing** had all the time to do her due diligence to make sure she was not violating Norman Scott's federally protected rights under the Bankruptcy.

35. Under the following circumstances Wellington deliberately violated the automatic stay, and is still doing so by opening a post-petition account even before petitioning the court to lift the automatic stay or to negotiate a payment plan.

36. Plaintiff <u>reiterates</u> the water was never in Norman Scott's name prior to **April 20th 2015** for him to receive a notification for termination due to non-payment.

5

37. The water was in the prior tenant's name, and they terminated their services on **April 20th 2015** to move to a different property, (**see attached documents**).

38. The services showed a **(0) zero usage** until the current tenants moved in on **JULY 15TH 2015, where they began using the water.**

39. Defendant's claim that the water was tampered with is malicious, dishonest, vindictive and outright ludicrous, seeing as how all the facts and the documents sent to Norman Scott confirms otherwise,(**See attached documents**).

40. Plaintiff also requests that Defendants present the security video for **August 24th 2015** between **8:00am -9:30am** and between **2:30pm - 4:00pm,** which would exonerate them, the Defendants from Plaintiff's claim that they were aware of the Bankruptcy Filing that Plaintiff said was presented to them at that time,

41. Wellington water services has not petitioned the Bankruptcy Court for relief, therefore by operation of law all request to discontinue services should be dismissed.

42. The actions of Wellington water services in terminating the Debtor's water services in his investment property immediately after they were notified of the filing of this case, and in attempting to be coercive and manipulating the Debtor, constitute obvious violations of the automatic stay imposed under 11 U.S.C. § 362(a) . The defendant acted with actual knowledge that she was violating the federally protected rights of Norman Scott with reckless disregard of whether he would be hurt." *In re Wagner,* 74 B.R. 898, 903-04 (Bankr. E.D. Pa. 1987) (quoting *Cochetti v. Desmond,* 572 F.2d 102, 106 (3d Cir. 1978)).

**Wherefore based upon the above facts** Debtor seeks actual damages of $\underline{\$17050.00}$ from **Mindi Lockhart and the Village of Wellington water** for interference in Plaintiff's contract and violating the automatic stay directly and indirectly causing this domino effect

Debtor seeks compensatory damages of $\underline{\$51,150.00}$ from **Mindi Lockhart and the Village of Wellington water** three times the actual damages of $17,050.00 **for maliciously causing injury and additionally punitive damages of $\underline{\$51,150.00.}$**

Submitted by

*[signature]*

Norman Scott

## CERTIFICATE OF SERVICE

CORY S. CARANO
399 NW 2ND AVE SUITE #222
BOCA RATON, FL 33432


VANESSA PLATAS C/O CORY S. CARANO
2242 SHOMA DRIVE
WELLINGTON, FL 33414


ERIC CHRISTENSEN C/O CORY S. CARANO
2242 SHOMA DRIVE
WELLINGTON, FL 33414


MINDI LOCKHART
C/O VILLAGE OF WELLINGTON WATER DEPARTNENT
12300 FOREST HILL BLVD
WELLINGTON,FL 33414

**WELLINGTON**
12300 FOREST HILL BLVD.
WELLINGTON, FL 33414

**ADDRESS SERVICE REQUESTED**

**TERMINATION NOTICE**

**ACCOUNT INFORMATION**

| | |
|---|---|
| ACCOUNT: | 45837-230898 |
| SERVICE ADDRESS: | 2242 SHOMA DR |
| CUT OFF DATE: | 07/13/15 |

**AMOUNT DUE**

AMOUNT DUE         $633.84

```
**AUTO**5-DIGIT 33414 1 PS5 929698830-A-1
90 1 AV 0.388
```



NORMAN SCOTT
10563 GALLERIA ST
WELLINGTON FL  33414-3159

# TERMINATION NOTICE

Dear Customer:

Please note your Utility payment is past due. In order to avoid service interruption, all past due balances on your account must be received before 07/13/15.

A disconnect fee of $25 will be added if your payment is not made before the cut-off date. A reconnect fee of $50 will be applied to reconnect your service after normal business hours. Additional late charges may be applied to your account.

To make a payment over the phone, please call 561-753-2418 #2. Online payments can be made at http://www.wellingtonfl.gov; select "Pay Your Water Bill" under "E-Services" (Please note: you will need your account number and PIN to make electronic payments). Additionally, an after-hours drop box is located at 12300 Forest Hill Blvd. **Please do not mail your payment**.

If you have questions concerning your account, please call Customer Service at 561-791-4010. Our normal business hours are Monday - Thursday from 7:00 AM to 6:00 PM. After hours, please call 561-791-4037.

---

# Payment Coupon

PLEASE RETURN THIS PORTION ALONG WITH YOUR PAYMENT
PLEASE MAKE YOUR CHECK PAYABLE TO VILLAGE OF WELLINGTON

**ACCOUNT INFORMATION**

| | |
|---|---|
| ACCOUNT: | 45837-230898 |
| SERVICE ADDRESS: | 2242 SHOMA DR |

**DO NOT MAIL PAYMENT**

NORMAN SCOTT
10563 GALLERIA ST
WELLINGTON FL  33414-3159

**AMOUNT DUE**

| | |
|---|---|
| TOTAL AMOUNT DUE BY 07/13/15 | $633.84 |
| CUT OFF DATE: | 07/13/15 |

**AMOUNT ENCLOSED**

Address Correction: Complete This Section If Your Address Has Changed

| Street | | |
|---|---|---|
| City | State | Zip |

**DO NOT MAIL PAYMENT**

0000458370002308980000000633847

# WELLINGTON
12300 FOREST HILL BLVD.
WELLINGTON, FL 33414

**ADDRESS SERVICE REQUESTED**

```
**AUTO**5-DIGIT 33414 15 PS5 93316AA21-A-1
3941 1 AV 0.388
```

NORMAN SCOTT
10563 GALLERIA ST
WELLINGTON FL  33414-3159

Lobby Hours: 7:00 AM - 6:00 PM Mon-Thur
**Customer Service 561-791-4010**
**Automated Phone Payment 561-753-2418 #2**
www.wellingtonfl.gov

## YOUR MONTHLY USAGE



DATA NOT AVAILABLE

WATER (Thousand gallons)
J A S O N D J F M A M J J

## SPECIAL MESSAGE

The Village of Wellington now has an online Newsletter. Stay informed on the lastest information and activities from the Village. Sign up today at wellingtonfl.gov/enews. Don't miss the next K Park meeting July 21st at Polo Park Middle School from 7-9pm(11901 Lake Worth Rd.) Arrive early!

# Account Statement

### ACCOUNT INFORMATION
| | |
|---|---|
| ACCOUNT: | 45837-230898 |
| PIN #: | 0000481192 |
| SERVICE ADDRESS: | 2242 SHOMA DR |
| SERVICE PERIOD: | 06/17/15 - 07/15/15 |
| CYCLE-ROUTE: | 03-44 |
| BILL DATE: | 07/21/15 |
| DUE DATE: | 08/11/15 |

### METER INFORMATION
| Meter Number | Read Dates | Previous Reading | Current Reading | Usage |
|---|---|---|---|---|
| 08668538 | 06/17/15 - 07/15/15 | 260 | 260 | 0 |

### CURRENT CHARGES
| Service Description | Charges |
|---|---|
| WATER | $22.77 |
| SEWER | $21.72 |
| RPB WTR Utility Tax | $2.28 |
| **TOTAL CURRENT CHARGES** | **$46.77** |

### AMOUNT DUE
| | |
|---|---|
| CURRENT CHARGES DUE BY 08/11/15 | $46.77 |
| PAST DUE AMOUNT - DUE IMMEDIATELY | $840.79 |
| TOTAL AMOUNT DUE | $887.56 |

IF CURRENT CHARGES ARE NOT PAID BY 08/11/15 YOU MIGHT BE SUBJECT TO A $5.00 OR 2% LATE FEE WHICHEVER IS GREATEST.


**WARNING Payment Past Due**  YOUR ACCOUNT IS PAST DUE. PLEASE PAY IMMEDIATELY TO AVOID INTERRUPTION OF SERVICE

---

Please return the portion below along with your payment.  Make your check payable to Wellington Utilities.

# Payment Coupon

### ACCOUNT INFORMATION
| | |
|---|---|
| ACCOUNT: | 45837-230898 |
| PIN #: | 0000481192 |
| SERVICE ADDRESS: | 2242 SHOMA DR |

NORMAN SCOTT
10563 GALLERIA ST
WELLINGTON FL  33414-3159

### AMOUNT DUE
| | |
|---|---|
| TOTAL AMOUNT DUE | $887.56 |
| BILL DATE: | 07/21/15 |
| DUE DATE: | 08/11/15 |

### AMOUNT ENCLOSED

**Address Correction: Complete This Section If Your Address Has Changed**

| Street | | |
|---|---|---|
| City | State | Zip |

WELLINGTON UTILITIES
PO BOX 31632
TAMPA FL  33631-3632

8  000045837000230898000000088756



**Customer Information**

- Customer name: SCOTT, NORMAN
- Billing address: 10563 GALLERIA ST
  WELLINGTON, FL    33414
- Delivery point:
- Phone number: (561) 329-7007
- Customer status: ACTIVE

**Customer Alerts**

- Confidential: No
- Cash only: No
- IDB account:
- Special code:
- Special notes: Yes
- NSF count:

| Trn Type | Type | Trn Date | Description | Bill Date | Due Date | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| PN | Adj | 8/10/15 | PENALTY | 7/15/15 | | 5.00 | 897.56 |
| BL | Bill | 7/20/15 | CYCLE BILL | 7/21/15 | 8/11/15 | | 892.56 |
| PN | Adj | 7/20/15 | PENALTY | 6/24/15 | | 5.00 | 845.79 |
| WA | Adj | 7/15/15 | WRITE OFF ADJ-SW | 9/29/10 | | 100.75 | 840.79 |
| UT | Adj | 7/15/15 | WRITE OFF ADJ-SW | 9/29/10 | | 10.08 | 740.04 |
| SW | Adj | 7/15/15 | WRITE OFF ADJ-SW | 9/29/10 | | 96.12 | 729.96 |
| BL | Bill | 6/23/15 | CYCLE BILL | 6/24/15 | 7/15/15 | | 633.84 |
| PN | Adj | 6/15/15 | PENALTY | 5/20/15 | | 5.00 | 587.07 |
| BL | Bill | 5/19/15 | CYCLE BILL | 5/20/15 | 6/10/15 | | 582.07 |
| PN | Adj | 5/18/15 | PENALTY | 4/21/15 | | 10.77 | 549.34 |
| WA | Adj | 4/21/15 | WRITE OFF ADJ-SW | 9/28/11 | | 384.51 | 538.57 |
| UT | Adj | 4/21/15 | WRITE OFF ADJ-SW | 9/28/11 | | 38.45 | 154.06 |
| SW | Adj | 4/21/15 | WRITE OFF ADJ-SW | 9/28/11 | | 115.61 | 115.61 |
| BL | Bill | 4/20/15 | CYCLE BILL | 4/21/15 | 5/12/15 | 0.00 | 0.00 |
| WA | Adj | 9/29/11 | WRITE OFF-WATER | 9/28/11 | | 384.51- | 0.00 |
| UT | Adj | 9/29/11 | WRITE OFF-RPB Wtr Ut | 9/28/11 | | 38.45- | 384.51 |
| SW | Adj | 9/29/11 | WRITE OFF-SEWER | 9/28/11 | | 115.61- | 422.96 |
| FB | Bill | 3/29/11 | FINAL BILL | 3/30/11 | 4/20/11 | | 538.57 |
| WA | Adj | 9/30/10 | WRITE OFF-WATER | 9/29/10 | | 100.75- | 0.00 |
| UT | Adj | 9/30/10 | WRITE OFF-RPB Wtr Ut | 9/29/10 | | 10.08- | 100.75 |
| SW | Adj | 9/30/10 | WRITE OFF-SEWER | 9/29/10 | | 96.12- | 110.83 |
| FB | Bill | 1/26/10 | FINAL BILL | 1/27/10 | 2/17/10 | | 206.95 |
| FR | Trfb | 3/15/07 | Balance Transfer | | | 169.89- | 0.00 |
| FB | Bill | 12/18/06 | FINAL BILL | 12/19/06 | 1/09/07 | 169.89 | 169.89 |

Billing Statement

VILLAGE OF WELLINGTON

Account number   : **45837-230898**
Location address:   2242 SHOMA DR
                    ROYAL PALM BEACH         FL

Customer name    : SCOTT, NORMAN
Mailing address  : 10563 GALLERIA ST
                 :
City /State /Zip: WELLINGTON               FL   33414

Bill date:        ~~3/__/__~~       Due date:   4/20/11

Balance forward :          .00
Payments / adj. :          .00
Current charges :       538.57
Bill amount     :       538.57

### Reading Information

| Service | Read Date | Type | Meter number | Days | Actual Consumption | Demand |
|---------|-----------|------|--------------|------|--------------------|--------|
| W | 3/01/11 | Final | 08668538 | 127 | 52.00 | .00 |

### Current Charge Detail

| Code | Description | Amount |
|------|-------------|--------|
| S | SEWER | 115.61 |
| W | WATER | 384.51 |
|   | TAXES | 38.45 |
|   | Total Actual Charges | ~~[redacted]~~ |

Balance:     897.56  as of   8/13/15

Billing Statement

VILLAGE OF WELLINGTON

Account number   : **45837-230898**
Location address: 2242 SHOMA DR
                  ROYAL PALM BEACH        FL

Customer name    : SCOTT, NORMAN
Mailing address  : 10563 GALLERIA ST
                 :
City /State /Zip: WELLINGTON             FL   33414

Bill date:       ███████    Due date:   8/11/15

Balance forward :      840.79
Payments / adj. :         .00
Current charges :       46.77
Bill amount     :      887.56

## Reading Information

| Service | Read Date | Type    | Meter number | Days | Actual Consumption | Demand |
|---------|-----------|---------|--------------|------|--------------------|--------|
| W       | 7/15/15   | Regular | 08668538     | 28   | .00                | .00    |

## Current Charge Detail

| Code | Description | Amount |
|------|-------------|--------|
| S    | SEWER       | 21.72  |
| W    | WATER       | 22.77  |
|      | TAXES       | 2.28   |

Total Actual Charges                     ███████

Balance:     897.56  as of   8/13/15

Billing Statement

VILLAGE OF WELLINGTON

```
Account number   :  45837-230898
Location address:   2242 SHOMA DR
                    ROYAL PALM BEACH        FL

Customer name    :  SCOTT, NORMAN
Mailing address  :  10563 GALLERIA ST
                 :
City /State /Zip:   WELLINGTON              FL   33414

Bill date:          ■■■■■■■    Due date:   6/10/15

Balance forward :       549.34
Payments / adj. :          .00
Current charges :        32.73
Bill amount     :       582.07
```

Reading Information

| Service | Read Date | Type    | Meter number | Days | Actual Consumption | Demand |
|---------|-----------|---------|--------------|------|--------------------|--------|
| W       | 5/18/15   | Regular | 08668538     | 21   | .00                | .00    |
| W       | 4/27/15   | Initial | 08668538     |      | .00                | .00    |

Current Charge Detail

| Code | Description | Amount |
|------|-------------|--------|
| S    | SEWER       | 15.20  |
| W    | WATER       | 15.94  |
|      | TAXES       | 1.59   |

Total Actual Charges             ■■■■■■■

Balance:     897.56  as of    8/13/15

Billing Statement

VILLAGE OF WELLINGTON

Account number  : **45837-230898**
Location address: 2242 SHOMA DR
                  ROYAL PALM BEACH          FL

Customer name   : SCOTT, NORMAN
Mailing address : 10563 GALLERIA ST
                :
City /State /Zip: WELLINGTON            FL   33414

Bill date:       ▓▓▓▓▓         Due date:   7/15/15

Balance forward :       587.07
Payments / adj. :          .00
Current charges :        46.77
Bill amount     :       633.84

### Reading Information

| Service | Read Date | Type    | Meter number | Days | Actual Consumption | Demand |
|---------|-----------|---------|--------------|------|--------------------|--------|
| W       | 6/17/15   | Regular | 08668538     | 30   | .00                | .00    |

### Current Charge Detail

| Code | Description | Amount |
|------|-------------|--------|
| S    | SEWER       | 21.72  |
| W    | WATER       | 22.77  |
|      | TAXES       | 2.28   |

Total Actual Charges                    ▓▓▓▓▓

Balance:       897.56    as of    8/13/15

CM/ECF LIVE - U.S. Bankruptcy Court:flsb

**RECEIVED**
AUG 2 4 2015
CUSTOMER SERVICE

United States Bankruptcy Court
Southern District of Florida

### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 08/14/2015 at 12:23 PM and filed on 08/14/2015.

**Norman A. Scott**
10563 Galleria St
Wellington, FL 33414
561-267-7617
SSN / ITIN: xxx-xx-4794

Welcome to Wellington
UT- Other Water Service
Your Number is
**W901**
8/24/2015 9:01 AM  120179

The bankruptcy trustee is:

**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

954-382-2001

The case was assigned case number 15-24705-EPK to Judge Erik P. Kimball.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

https://ecf.flsb.circ11.dcn/cgi-bin/NoticeOfFiling.pl?683769    8/14/2015

Scanned by CamScanner