B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re: Norman Scott
         Debtor

(Complete if issued in an adversary proceeding)

Mindi Lockhart c/o Village of Well... Plaintiff

v.

Mindi Lockhart c/o Village of Wellington
         Defendant

Case No. 15-24705 EPK ✓

Chapter 13

15-1669-EPK

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Mindi Lockhart
    (Name of person to whom the subpoena is directed)

☑ **Production:** YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Produce all security video of Norman Scott on 10-24-2015 at Village of Wellington for water Dept. Where service of water was terminated on August 27, 2015 at 12:24 Sheen Drive and when services were restored. The time must indicate hours and minutes. All Records as it relates to Martha Gutierrez terminating service and shutting down

| PLACE  Florida Southern District Bankruptcy Court 1515 N Flagler Drive 33401 | DATE AND TIME  10-28-2015  9:00am |

Also an affidavit from the Clerk who stamped the Notice of filing of Bankruptcy on blue

☐ **Inspection of Premises:** YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/19/2015

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, email address, and telephone number of the attorney representing (name of party) _____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Mindi Lockhart
on *(date)* 10-19-2015

☒ I served the subpoena by delivering a copy to the named person as follows: mailing a copy to Priority Overnight by FedEx tracking # 808817389115S to her attorney Laurie Cohen on *(date)* 10-23-2015 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
Server's signature

Norman Scott
Printed name and title

10563 Calleria St
Wellington, FL 33414
Server's address

Additional information concerning attempted service, etc.: